IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| JIMMY NEWTON AND JUDY NEWTON | § § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § | CIVIL ACTION NO. 1:15-CV-00086-P BL |
| JIMMIE ERVIN MAXCY AND RAINEY BROTHERS, INC. | | |
| Defendants. | | |

## AGREED STIPULATION OF DISMISSAL

NOW COME **PLAINTIFFS JIMMY NEWTON and JUDY NEWTON** and **DEFENDANTS JIMMIE ERVIN MAXCY AND RAINEY BROTHERS, INC.**, in the above-styled cause, and file this their Agreed Stipulation of Dismissal, asking that the Court dismiss all claims asserted by Plaintiffs against Defendants with prejudice to the refiling of same, and for cause would show the Court the following:

That the Plaintiffs and Defendants have resolved their differences and Plaintiffs request that the Court dismiss with prejudice all claims asserted by Plaintiffs against Defendants in the above-styled cause, with each party paying their own court costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants pray that the Court enter an Order dismissing all claims asserted by Plaintiffs against Defendants with prejudice to the refiling of same and with each party paying their own court costs.

Respectfully submitted,

By: _____
**MARK J. DYER**
State Bar No. 06317500
dyer@mdjwlaw.com
**BENJAMIN D. BRITT**
State Bar No. 24040577
britt@mdjwlaw.com
**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**
Tollway Plaza I
16000 N. Dallas Parkway
Suite 800
Dallas, Texas 75248
214-420-5510
214-420-5501 (fax)

**ATTORNEYS FOR DEFENDANTS**

By: _____
**JON HANNA**
State Bar No. 08919200
Attorney at Law
302 Chestnut
Abilene, Texas 79602
Tel:   325-673-6952
Fax:   325-673-4496
Email: jhanna7534@aol.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to all attorneys of record, in compliance with Rule 5 of the Federal Rules of Civil Procedure, on this the 25th day of February 2016.

_____
JON HANNA